UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 14161
   JOHN R WIESER
   JANEE WIESER                            CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-3263    SSN XXX-XX-4030
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/07/07 .

2. The case was converted to Chapter 7 without confirmation, 10/04/2007.

3. The Debtor paid a total of $ 2638.73 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LASALLE BANK | SECURED | .00 | .00 | 1494.82 |
| ABT TELEVISION & APPLIAN | SECURED | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | 202.76 |
| HOME DEPOT CREDIT SERVIC | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AES STUDENT LOAN SRV CTR | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| ARSI | UNSECURED | NOT FILED | .00 | .00 |
| BLOOMINGDALES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| DUNSDEMAND | UNSECURED | NOT FILED | .00 | .00 |
| DAILY HERALD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ESQUIRE DEPOSITION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FRANK & MARY WOLF | UNSECURED | NOT FILED | .00 | .00 |
| INNOVATIVE MERCHANT SOLU | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY & PATHOLOGY D | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |

```
LINDEN OAKS HOSPITAL          UNSECURED        NOT FILED              .00           .00
TELECHECK SERVICES            UNSECURED        NOT FILED              .00           .00
NAPERVILLE MUSIC              UNSECURED        NOT FILED              .00           .00
NAPERVILLE POLICE DEPT        UNSECURED        NOT FILED              .00           .00
NAPERVILLE RADIOLOGISTS       UNSECURED        NOT FILED              .00           .00
NORDSTROM FSB                 UNSECURED        NOT FILED              .00           .00
OSI COLLECTION SERVICES       UNSECURED        NOT FILED              .00           .00
PROFESSIONAL HEALTH ASSO      UNSECURED        NOT FILED              .00           .00
RH DONNELLEY                  UNSECURED        NOT FILED              .00           .00
RAY & JUDY WIESER             UNSECURED        NOT FILED              .00           .00
SAKS FIFTH AVENUE             UNSECURED        NOT FILED              .00           .00
CERTIFIED SERVICES INC        UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED        NOT FILED              .00           .00
WILLIAM KAUFMAN               UNSECURED        NOT FILED              .00           .00
YELLOW BOOK USA               UNSECURED        NOT FILED              .00           .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|---------:|---------:|----------:|------:|--------:|
| TOTAL CLMS ALLOWED |      .00 |      .00 |       .00 |   .00 |     .00 |
| PRINCIPAL PAID     |  1697.58 |      .00 |       .00 |   .00 | 1697.58 |
| INTEREST PAID      |      .00 |      .00 |       .00 |   .00 |     .00 |
| TOTAL PAID         |  1697.58 |      .00 |       .00 |   .00 | 1697.58 |

The Debtor's attorney, JOSEPH A BALDI & ASSOCIATES    , was allowed $       .00 and was paid $       .00 .

The Trustee received $      62.66 .

Refunds to the Debtor totaled $     878.49 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/08                     /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                          PAGE  3
    CASE NO. 07 B 14161 JOHN R WIESER & JANEE WIESER
```